UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

ADIVA T. PRITCHETT, Debtor.
_____/

CHAPTER 13
CASE NO. 05-66835-TJT
JUDGE THOMAS J. TUCKER

NOTICE OF DEFAULT IN PAYMENTS
AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE

**PLEASE TAKE NOTICE** that in accordance with the terms of the Order Modifying Plan entered in the above matter on January 19, 2006, the debtor is delinquent in payments under the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby demands that payments be brought current in accordance with the provisions of said order in the above matter, and that said payments be brought current no later than 30 days from the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that in the event that the debtor fails to bring payments current as required under the Chapter 13 Plan, as last amended, if at all, then, the Trustee shall submit an order of dismissal to the Court along with an affidavit attesting to the fact that compliance with the Order Modifying Plan has not been met.

Please govern yourself accordingly.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Tammy L. Terry Chapter 13 Trustee

March 15, 2006

_____
*/S/ Kimberly Shorter-Siebert*
TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
KIMBERLY SHORTER – SIEBERT (P49608)
MARILYN R. SOMERS (P52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, Michigan 48226
Telephone: 313/967-9857
mieb_ecfadmin@det13.net

13:500:07/97

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

ADVIA T. PRITCHETT, Debtors.
_____/

CHAPTER 13
CASE NO. 05-66835-TJT
JUDGE THOMAS J. TUCKER

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, a copy of **NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE** was electronically filed and served to the debtor's attorney and deposited same in the U. S. Mail to the debtor at the address as listed below.

March 16, 2006

_____
*/s/ Cynthia M. Gates*
Cynthia M. Gates
For the Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, Michigan 48226
Telephone: 313/967-9857
mieb_ecfadmin@det13.net


ADIVA T. PRITCHETT
28426 W. EIGHT MILE RD.
FARMINGTON, MI 48336



SHIRLEY L. HORN
25882 ORCHARD LAKE RD., STE. 201
FARMINGTON HILLS, MI 48336