Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **05−66835−tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Adiva T. Pritchett
   aka Adiva T. Tinnon, aka Adiva T.
   Tinnon−Pritchett
   28426 West Eight Mile Rd.
   Farmington, MI 48336

Social Security No.:
   xxx−xx−8452

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **08/04/2008** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 8/5/08

                                      BY THE COURT

                                      Katherine B. Gullo , Clerk of Court
                                      UNITED STATES BANKRUPTCY COURT