UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In RE:                                                                    CASE NO: 05-66835-TJT

ADIVA T PRITCHETT
28426 W EIGHT MILE RD                                      Judge: THOMAS J. TUCKER
FARMINGTON, MI  48336

CHAPTER 13 FINAL REPORT AND ACCOUNT
DISMISSED

SSN#1 - XXX-XX-8452

This Case was                    The Plan was                    The Case was
Commenced on                   Confirmed on                   Concluded on
08/22/2005                         01/19/2006                      08/04/2008

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements and are incorporated by reference in this report.

**HOLDERS OF ALLOWED CLAIMS:** Please take notice that you have 30 days from the date of service of this document to file an objection to this report. If no objection is timely filed, the Trustee may be discharged and the case may be closed without a hearing. If a timely

**RECEIPTS**: Amounts paid to Trustee by or for the Debtor for the benefit of Creditors: **$14,270.05**

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name<br>Interest | Class<br>Principal | Allowed | | Percent | Principal | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSA | | 592.30 | | 592.30 | | |
| 0 | LAW OFFICE OF SHIRLEY L HC | ATTORNEY FEE | 7,057.47 | 100.00% | 7,057.47 | 0.00 | 0.00 |
| 0 | ADIVA T PRITCHETT | DEBTOR REFUND | 5.16 | 100.00% | 5.16 | 0.00 | 0.00 |
| 1 | SCHEDULED UNSECURED CRI | N-NOTICE ONLY | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 |
| 2 | SCHEDULED UNSECURED CRI | N-NOTICE ONLY | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 3 | SCHEDULED UNSECURED CRI | N-NOTICE ONLY | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 4 | SCHEDULED UNSECURED CRI | N-NOTICE ONLY | 0.00 | 24.00% | 0.00 | 0.00 | 0.00 |
| 5 | SCHEDULED UNSECURED CRI | N-NOTICE ONLY | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 6 | SCHEDULED UNSECURED CRI | N-NOTICE ONLY | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 7 | CITIBANK | U- UNSECURED | 14,363.81 | 52.00% | 1,568.66 | 0.00 | 5,900.52 |
| 8 | AMERICAN HONDA FINANCE | E-LEASE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 9 | GMAC | U- UNSECURED | 625.35 | 52.00% | 68.32 | 0.00 | 256.86 |
| 10 | MARSHALL FIELDS | U- UNSECURED | 1,025.67 | 52.00% | 107.10 | 0.00 | 426.25 |

| 11 | CITIBANK | U- UNSECURED | 8,368.32 | 52.00% | 913.89 | 0.00 | 3,437.64 |
| 12 | GREAT LAKES EDUCATIONAL | U- UNSECURED | 5,092.50 | 52.00% | 556.14 | 0.00 | 2,091.96 |
| 13 | ECAST SETTLEMENT CORP | U- UNSECURED | 5,626.99 | 52.00% | 614.52 | 0.00 | 2,311.51 |
| 14 | ROUNDUP FUNDING, LLC | U- UNSECURED | 8,319.48 | 52.00% | 908.56 | 0.00 | 3,417.57 |
| 15 | NATIONAL CHECK BUREAU | U- UNSECURED | 17,195.79 | 52.00% | 1,877.93 | 0.00 | 7,063.88 |

## SUMMARY

Summary of disbursements during the administration of this plan:

|  | ADMIN., CLAIMS AND REFUNDS | TOTAL PRINCIPAL AND |  |
|---|---|---|---|
| UNSECURED | $60,617.91 | $6,615.12 |  |
| SECURED | $0.00 | $0.00 |  |
| PRIORITY | $0.00 | $0.00 |  |
| ADMINISTRATIVE | $0.00 | $0.00 |  |
| ATTORNEY | $7,057.47 | $7,057.47 |  |
| TRUSTEE | $592.30 | $592.30 |  |
| DEBTOR REFUND | $5.16 | $5.16 |  |
| CLERK FEES | $0.00 | $0.00 |  |
|  | $68,278.00 | $14,270.05 | Total Disburseme |

Date of Service:  November 07, 2008

/s/  Tammy L. Terry

Tammy L. Terry, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the Chapter 13 Final Report and Account was mailed to Debtor, Debtor's Attorney, and the United States Trustee by First Class Mail. I also certify that on the date indicated below, a summary of the Chapter 13 Final Report and account was mailed to the holders of allowed claims by First Class Mail.

Dated:  11/07/2008

/s/  Latoya Henderson

Latoya Henderson